(September 17, 1986)

■ CARL F. GRILLO et al., Respondents, v DONALD S. HARRINGTON et al., Defendants, and JAMES F. NOTARO, Appellant. —Appeal from order, Supreme Court, New York County (Louis Grossman, J.), entered on September 16, 1986, unanimously dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.